# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 74950

**FILED**

MAR 0 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This petition was docketed in this court on January 25, 2018, without payment of the requisite filing fee. In the petition, petitioner requested to waive the filing fees in this matter. On January 30, 2018, this court entered an order instructing appellant to submit either the requisite filing fee or an affidavit demonstrating his inability to pay within 30 days. To date, appellant has not paid the filing fee or responded to this court's order. Accordingly, cause appearing, this petition is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A Brown

---

[1] In light of this order, appellant's motion to voluntary dismiss petition is denied as moot.

18-09045

cc: Hon. Jerry A. Wiese, District Judge
Frank Milford Peck
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

2